MD 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2022 DEC -9 A 10: 34

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Silas WAyne Yocum )
Full name and prison name of )
Plaintiff(s) AIS# 323702 )
)
v. )
)
Alabama Dept. of )
Corrections. )
_____ )
_____ )
_____ )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

CIVIL ACTION NO. 2:22-CV-694-ECM-CWB
(To be supplied by Clerk of U.S. District Court)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☑

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☐ NO ☑

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _____

         _____

         Defendant(s) _____

         _____

      2. Court (if federal court, name the district; if state court, name the county)

         _____

         _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Easterling C.f. 200 Wallace dr. Clio, Al 36017

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Easterling C.f 200 Wallace dr Clio, Al 36017

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Ms. Yoh | Alabama Dept of Corrections. |
| 2. | SGT. Sheppard | ↓ |
| 3. | LT Boyd | ↓ Easterling C.F. |
| 4. | MS. Thomas. | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED On September 9th, 2022 @ Approx 12-1Am

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Negligence.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

on 9-9-22 well housed in C2 LT Boyd failed to protect Inmate due to lack of security checks, and not instructing officers to do checks as there was no officer assigned to area Do to lack of Doc employees on 9-9-22 SGT Sheppard is responsible for overseeing

GROUND TWO: _____

SUPPORTING FACTS: _____

Continue to next page

GROUND THREE: _____

SUPPORTING FACTS: _____

## Continued of facts

and directing officers to different check points and checking area and signing log Book he failed to do his Job title which is negligence on his Behalf.

3) Ms. Thomas was assigned as a officer who was supposed to checking Dorms and security instead when I first seen her she was already in medical and was not doin security check which is negligence cause if she was properly doing her Security checks the Inmate Assault could have Been prevented.

4) On 9-9-22 Ms. Yoh a officer who was working in medical at time had me handcuff to bed and as I was asking her to unhandcuff me because I was in alot of pain she was acting as she was a nurse instead

5) as a Result of the lack of Security and security training allow for endangering situations to occur which allowed Inmate to be assaulted by another Inmate with a crutch in Dorm C-2 which noone was assigned crutches at time of incident, and on shift to shift bases there is suppose to be random searches periodically which if officers did there checks and searches it would clearly prevent dangerous situations. as a Result it allowed another Inmate to assault me with a crutch in I loss my

Eye and am permanently blind now as a Result of being assaulted, and I have to Continue going to medical appointments and Constantly in pain.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I am Requesting for punitve Damages in the amount of $25,000,000 million and two cents Do to Severity of lifelong Circumstances and pain & suffering as A result of the assault. also Do to Retalleton I would like to Be moved to a federal Holding facility or other place Deemed appropriate by courts During the outcome of suit.

Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12-2-22.
(Date)

Signature of plaintiff(s)

Silas Wayne Yocum #323702
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017



United states District court
Middle District of Alabama
1 church st, ste B-110
Montgomery, Al. 36104-4018

**LEGAL USE ONLY**

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

3610434018 C039