IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SILAS WAYNE YOCUM, # 323702, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE No. 2:22-cv-694-ECM |
| | )                    (WO) |
| ALABAMA DEPARTMENT | ) |
| OF CORRECTIONS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

On December 12, 2022, the Magistrate Judge entered a Recommendation (doc. 3) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1. the Recommendation of the Magistrate Judge is ADOPTED;

2. the Plaintiff's claims against the Alabama Department of Corrections are DISMISSED with prejudice prior to service of process;

3. the Alabama Department of Corrections is TERMINATED as a party; and

4. this case is referred back to the Magistrate Judge for further proceedings.

Done this 9th day of January, 2023.

                                            /s/ Emily C. Marks
                                      EMILY C. MARKS
                                      CHIEF UNITED STATES DISTRICT JUDGE